# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

United States of America
Plaintiff

v.

Casa NNMK LLC d/b/a Casa Maria Mexican Grill
Defendant

24-983
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Civil Rule 7.1,
United States of America

provides the following information:

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

*Please separate names with a comma and do not add address information. Only text visible within box will print.*

Casa NNMK LLC d/b/a Casa Maria Mexican Grill, Fahim Jamil, United States of America, United States Attorney's Office Middle District of Louisiana, the U.S. Department of Labor

/s Candace B. Ford 37686
Attorney Name and Bar Number

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Notices => Certificate of Interested Persons.